```
 1  AARON D. FORD
      Attorney General
 2  WILLIAM P. SHOGREN, Bar No. 14619
      Deputy Attorney General
 3  State of Nevada
    100 N. Carson Street
 4  Carson City, NV 89701-4717
    Tel: (775) 684-1257
 5  E-mail: wshogren@ag.nv.gov

 6  Attorneys for Interested Party
    Nevada Department of Corrections
 7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAVID JERRY PAULE, | Case No. 2:22-cv-01083-CDS-NJK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DAVID REEVES, *et al.*, | |
| Defendants. | |

Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, on behalf of Defendants, Jaymie Cabrera, Michael Minev, Nick Parsons, and David Rivas; and Plaintiff David Jerry Paule, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /

Page 1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 18th day of November, 2022.   DATED this 19th day of December, 2022.

AARON D. FORD
Attorney General

**DAVID JERRY PAULE** #70487
Plaintiff, *Pro Se*

By: __/s/ William P. Shogren__
William P. Shogren, (Bar No. 14619)
*Attorneys for Interested Party*
*Nevada Department of Corrections*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED:        December 20, 2022

_____
UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I certify that I am an employee of the State of Nevada, Office of the Attorney
3  General, and that on December 19, 2022, I electronically filed the foregoing,
4  **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE,** via this Court's
5  electronic filing system. Parties that are registered with this Court's electronic filing
6  system will be served electronically. For those parties not registered, service was made
7  by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at
8  Carson City, Nevada, addressed to the following:

10  David Paule #70487
    Care of HDSP Law Librarian
11  High Desert State Prison
    P.O. Box 650
12  Indian Springs, NV 89070
    HDSP_LawLibrary@doc.nv.gov

_____
An employee of the
Office of the Nevada Attorney General

3